UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANNA R. GREER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CELESTE RODRIGUEZ, et al,<br><br>　　　　Defendants. | No. 2:25-cv-2532 TLN AC<br><br><br><br>ORDER |

　　　　Plaintiff is proceeding in this action pro se, and the case was accordingly referred to the undersigned by E.D. Cal. 302(c)(21). Plaintiff has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 3.

　　　　Plaintiff's IFP application is unsigned and undated. ECF No. 3 at 1. Accordingly, the court cannot grant plaintiff IFP status. In order for plaintiff to continue prosecuting this case, she must either file a completed, signed and dated IFP application, or pay the filing fee within 14 days of this order. If plaintiff fails to pay the filing fee or submit a complete IFP application, this case will be dismissed. The court acknowledges that plaintiff has filed a motion for a temporary restraining order, and an "emergency complaint and notice of urgent relief." ECF Nos. 2, 4. The court has reviewed the motions and finds that plaintiff will not be prejudiced by any delay caused by the court's requirement that plaintiff submit a complete IFP application or pay the filing fee. The court will not rule on the motion for a temporary restraining order unless and until this order is complied with.

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request to proceed IFP (ECF
2  No. 3) is DENIED, and plaintiff must submit a complete, signed and dated IFP application or pay
3  the filing fee within 14 days of this order or this case will be dismissed for failure to prosecute.
4  DATED: September 22, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE