UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVANNA R. GREER,

　　　　　Plaintiff,

　　　v.

CELESTE RODRIGUEZ, et al.,

　　　　　Defendants.

No.  2:25-cv-2532 TLN AC PS

ORDER

Plaintiff is proceeding in this case in pro per.  The proceeding has accordingly been referred to the magistrate judge by E.D. Cal. R. ("Local Rule") 302(c)(21).  Plaintiff filed a complaint, a motion for a temporary restraining order, and a motion to proceed in forma pauperis on September 4, 2025. ECF Nos. 1,2, 3.  Plaintiff filed an emergency complaint and request for service on September 12, 2025. ECF No. 4.  On September 22, 2025, the undersigned denied plaintiff's motion to proceed in forma pauperis as incomplete, and ordered plaintiff to file a complete application or pay the fee within 14 days.  ECF No. 5.  Plaintiff paid the filing fee on September 30, 2025.

On October 14, 2025, plaintiff filed a first amended complaint, and a summons and new civil case documents were issued by the Clerk of Court.  ECF Nos. 7, 8, 9.  On December 8, 2025, plaintiff filed a document entitled "Proof of Service."  ECF No. 10 at 1.  On March 18, 2026, the court issued an Order to Show Cause, explaining to plaintiff that the "proof of service"

demonstrated that service had not been properly completed.  ECF No. 11.  Plaintiff was ordered to show cause, in writing, within 14 days, why her failure to submit service documents should not result in a recommendation that this case be dismissed for failure to prosecute.  Id.  Plaintiff filed a timely response stating that she understood the order to show cause, and that she intends to properly complete service as required by the Federal Rules of Civil Procedure.  ECF No. 12.  Plaintiff requested a "reasonable extension of time" to properly complete service.  Id. at 2.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1.  The Order to Show Cause at ECF No. 11 is DISCHARGED;

2.  Plaintiff shall file an amended proof of service, demonstrating that service has been properly completed in compliance with the Federal Rules of Civil Procedure, within 30 days of the date of this order; and

3.  If plaintiff fails to timely comply with this order, the undersigned will recommend that this action be dismissed for failure to prosecute.

DATED: March 31, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2