UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANNA R. GREER,<br>Plaintiff,<br>v.<br>CELESTE RODRIGUEZ, et al.,<br>Defendants. | No. 2:25-cv-2532-TLN-AC<br><br>**ORDER** |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 20, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 26.) Plaintiff filed objections to the findings and recommendations. (ECF No. 27.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed July 20, 2026 (ECF No. 26) are ADOPTED in full;

2. Defendants' motions to dismiss (ECF Nos. 19, 24) are GRANTED;

3. The First Amended Complaint (ECF No. 7) is DISMISSED in its entirety for lack of jurisdiction;

4. All remaining motions (ECF Nos. 2, 4, 14, and 22) are DENIED as MOOT; and

5. The Clerk of Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED.

DATE: September 21, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE