UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVANNA R. GREER, Plaintiff, v. CELESTE RODRIGUEZ, et al., Defendants. | No. 2:25-cv-2532 TLN AC (PS) <br> FINDINGS AND RECOMMENDATIONS |

Plaintiff is proceeding pro se, and the action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On September 22, 2026, the District Judge adopted the undersigned's recommendation that this case be dismissed for lack of federal jurisdiction. ECF Nos. 26, 28, 29. Plaintiff, who paid the filing fee to proceed in District Court, filed a notice of appeal to the Ninth Circuit and a Motion to Proceed in Forma Pauperis on appeal. ECF No. 31.

The undersigned recommends that the motion to proceed with IFP status on appeal (ECF No. 31) be DENIED without prejudice for failure to comply with Federal Rule of Appellate Procedure 24. Plaintiff submitted the district court's IFP form and simply wrote "appeal" on the form, but this is insufficient because IFP on appeal required different information than IFP at the district court level. On appeal, a moving party "must attach an affidavit that: (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give

security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24. The correct form can be located on the Ninth Circuit website at this link: https://www.ca9.uscourts.gov/filing/forms/form-4-motion-affidavit-in-forma-pauperis/.

In light of the forgoing, IT IS HEREBY RECOMMENDED that plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 31) be denied without prejudice. See Fed. R. Civ. P. 41(b); Local Rule 110. These findings and recommendations are submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Local Rule 304(d). Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 22, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE